

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY T. MIDGETTE

Case No. 2:26mj27
Court Date: January 30, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation Notice E2102025

UNITED STATES ATTORNEY CHARGES:

That on or about January 6, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ZACHARY T. MIDGETTE, did unlawfully drive and operate a motor vehicle while under the influence of alcohol, and with a blood alcohol concentration of at least .15 grams per 210 liters of breath, but not more than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .20 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

                    Respectfully submitted,

                    Todd W. Blanche
                    Deputy Attorney General

By: _____
       Ashley J. Young
       Special Assistant U.S. Attorney
       U.S. Attorney's Office
       101 West Main Street, Suite 8000
       Norfolk, Virginia 23510
       Phone: (757) 441-6712
       Email: Ashley.Young@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

**28 January 2026**
_____
Date